UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA    DIVISION

IN RE:

BARBARA ANN WILLIAMS                    CASE NO.: 04-31399-PNS3
                                        CHAPTER 13

    Debtor(s).
_____/

CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) to:

PATRICIA STOLTZFUS

which remain outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 278496   in the amount of $1,210.30 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart
                        LEIGH D. HART
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

BARBARA ANN WILLIAMS

4421 DEAUVILLE WAY
PENSACOLA, FL

32505
AND

| | |
|---|---|
| AMY LOGAN SLIVA, ATTY. | PATRICIA STOLTZFUS |
| 313 WEST GREGORY ST. | 1750 EAGLE DR. |
| PENSACOLA, FL | CANTONMENT, FL |
| 32501 | 32533 |

on the same date as reflected on the court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart
F.45 (107) 03/29/2006   LEIGH D. HART
```