UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

BARBARA ANN WILLIAMS,

Case No. 04-31399

_____Debtor(s)  /

### ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by Patricia Stoltzfus for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $3,622.21 be disbursed to Patricia Stoltzfus, 1750 Eagle Dr., Cantonment, FL 32533.

DONE and ORDERED at Tallahassee, Florida, this 2nd day of February, 2007.



LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
Debtor
Debtor's Attorney
Trustee
Patricia Stoltzfus, Creditor

07 FEB -2 AM 9: 45

